**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

In re:

THE WET SEAL, LLC, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

|   |   |
|---|---|
| : | Chapter 11 |
| : |   |
| : | Case No. 17-10229 (CSS) |
| : |   |
| : | (Jointly Administered) |
| : |   |
| : | **Ref. Docket No. 265** |
| : |   |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 265

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Order Approving Key Employee Retention Program* [Docket No. 265] (the "Motion") filed on March 15, 2017.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on March 29, 2017.

In addition, the Office of the United States Trustee (the "U.S. Trustee") advised the Debtors' undersigned counsel that it does not object to the relief requested in the Motion. Similarly, as reflected in the Motion, the Official Committee of Unsecured Creditors (the "Committee") does not object to relief sought.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377).  The Debtors' mailing address is P.O. Box 421, 1278 Glenneyre Street, Laguna Beach, CA 92651-3103.

01:21738223.1

As no responses to the Motion have been received, and both the U.S. Trustee and the

Committee do not object to the relief sought in the Motion, it is hereby respectfully requested

that the Order attached to the Motion be entered at the earliest convenience of the Court.


Dated:   March 30, 2017
         Wilmington, Delaware

                                   */s/ Andrew L. Magaziner*
                                   Robert S. Brady (No. 2847)
                                   Michael R. Nestor (No. 3526)
                                   Jaime Luton Chapman (No. 4936)
                                   Andrew L. Magaziner (No. 5426)
                                   Travis G. Buchanan (No. 5595)
                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   *Counsel to the Debtors and*
                                   *Debtors in Possession*