# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Wet Seal, LLC, *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 17-10229 (CSS)<br><br>(Jointly Administered) |
| The Wet Seal, LLC,<br>                              Plaintiff,<br>vs.<br><br>Potential Defendants Listed Below,<br>                          Potential Defendants. | Re: Docket Index **596** |

| Potential Defendants |
|---|
| Apollo Apparel Group LLC dba Apollo Intimates |
| Better Be |
| BRS Packaging Corporation dba Pioneer Packaging and Paper |
| Cachet Creations, Inc. dba Cristals |
| Coco Avante, Inc. |
| CPT Network Solutions, Inc. |
| David & Young Group Corp.; and Rosenthal & Rosenthal, Inc. |
| Elecoco, Inc. dba Shinestar |
| FedEx Corporation dba FedEx ERS |
| Fortune Dynamic Inc. |
| Hansae Co. Ltd. |
| J & F Design Inc. dba Next Generation |
| Legend Footwear, Inc. |
| Littler Mendelson, P.C. |
| Mainetti USA, Inc. |
| Moku Collective, LLC |
| Newport Beach Redbird, L.L.C. |
| PCM, Inc. dba En Pointe Technologies Sales Inc. |
| Pepperjam LLC |
| Provisioned Services, Inc. |
| Regency Enterprises, Inc. Regency Lighting, Inc. |
| Reliable Container Corporation |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' corporate headquarters is located at 7555 Irvine Center Drive, Irvine, California 92618.

| |
|---|
| Rutan & Tucker, LLP |
| Schneider National Carriers, Inc. |
| Sonder LLC |
| The Zenobia, Inc. |
| TSG Enterprises, LLC dba RadiusPoint fdba Telecom Solutions Group, LLC |
| Unum Life Insurance Company of America dba Provident Life and Accident Insurance Company |
| Yoki Fashion International LLC |

### ORDER APPROVING PLAINTIFF'S MOTION FOR AN ORDER APPROVING SETTLEMENTS OF POTENTIAL AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiff's *Motion for an Order Approving Settlements of Potential Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtor's estate and its creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that

1. The Motion is **GRANTED**;

2. The settlements of the Potential Avoidance Actions against the Potential Defendants listed on **Exhibit A** attached to the Motion are approved;

---

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: _____11/6_____, 2017
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
Chief United States Bankruptcy Court Judge