## Exhibit A

### Schedule of Settlements Subject to Court Approval

| Company Name | Total Transfers | Settlement | Comment |
|---|---|---|---|
| Apollo Apparel Group LLC dba Apollo Intimates | $ 25,330.80 | $ 1,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Better Be | $ 291,008.30 | $ 15,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| BRS Packaging Corporation dba Pioneer Packaging and Paper | $ 57,021.34 | $ 10,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Cachet Creations, Inc. dba Cristals | $ 15,149.42 | $ 3,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Coco Avante, Inc. | $ 28,982.05 | $ 2,898.20 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| CPT Network Solutions, Inc. | $ 14,284.36 | $ 1,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| David & Young Group Corp.; and Rosenthal & Rosenthal, Inc. | $ 22,450.90 | $ 10,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Elecoco, Inc. dba Shinestar | $ 34,821.30 | $ 17,410.65 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| FedEx Corporation dba FedEx ERS | $ 1,673,343.71 | $ 514,419.45 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |

| | | | |
|---|---|---|---|
| Fortune Dynamic Inc. | $ 83,620.20 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Hansae Co. Ltd. | $ 105,161.35 | $ 7,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| J & F Design Inc. dba Next Generation | $ 332,748.53 | $ 25,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Legend Footwear, Inc. | $ 102,247.26 | $ 5,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Littler Mendelson, P.C. | $ 17,017.00 | $ 7,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Mainetti USA, Inc. | $ 31,042.80 | $ 1,289.70 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Moku Collective, LLC | $ 34,500.00 | $ 8,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Newport Beach Redbird, L.L.C. | $ 21,629.74 | $ 31,050.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| PCM, Inc. dba En Pointe Technologies Sales Inc. | $ 49,272.39 | $ 2,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Pepperjam LLC | $ 24,348.75 | $ 5,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Provisioned Services, Inc. | $ 26,370.82 | $ 500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| | | $ 4,988.60 | |

| | | |
|---|---|---|
| Regency Enterprises, Inc. Regency Lighting, Inc. | $ 46,229.63 | $ 8,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Reliable Container Corporation | $ 33,086.21 | $ 5,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Rutan & Tucker, LLP | $ 15,511.50 | $ 4,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Schneider National Carriers, Inc. | $ 14,328.35 | $ 6,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Sonder LLC | $ 72,615.86 | $ 5,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| The Zenobia, Inc. | $ 73,759.40 | $ 6,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| TSG Enterprises, LLC dba RadiusPoint fdba Telecom Solutions Group, LLC | $ 13,820.06 | $ 5,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Unum Life Insurance Company of America dba Provident Life and Accident Insurance Company | $ 51,238.62 | $ 18,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Yoki Fashion International LLC | $ 359,608.73 | $ 6,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |