# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WET SEAL, LLC, *et al.*,[1] | Case No. 17-10229 (CSS) |
| Debtors. | (Jointly Administered) |
| THE WET SEAL, LLC, Plaintiff, v. DEFENDANTS LISTED ON EXHIBIT A, Defendant. | Adv. Proc. No. See Exhibit A |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 16, 2018 AT 2:00 P.M. (ET)

### RESOLVED MATTER

1. Debtors' Sixth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 838; 7/20/18]

   Related Documents:

   A. Certificate of No Objection [D.I. 846; 8/6/18]

   B. Sixth Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 847; 8/8/18**]**

   Response Deadline:    August 3, 2018 at 4:00 p.m. (ET)

   Responses Received:   None

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377).  The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

01:23507415.1

Status:    An order has been entered by the Court.  No hearing is required.

**MATTER WITH CERTIFICATION**

2.  Plaintiff's Sixth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019  [D.I. 843[2]; 7/26/18]

   Related Documents:

   A.   Certificate of No Objection [D.I. 851[2]; 8/10/18]

   B.   Proposed Order

   Response Deadline:    August 9, 2018 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    A certificate of no objection has been filed with the Court.  A hearing is only necessary to the extent that the Court has questions or concerns.

Dated:  August 14, 2018
        Wilmington, Delaware

/s/ Andrew L. Magaziner
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and
Debtors in Possession*

---

[2]  This pleading was also filed in each of the adversary cases listed on Exhibit A.