# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WET SEAL, LLC, *et al.*,[1] | Case No. 17-10229 (CSS) |
| Debtors. | (Jointly Administered) |
| THE WET SEAL, LLC, Plaintiff, v. DEFENDANTS LISTED ON EXHIBIT A, Defendant. | Adv. Proc. No. See Exhibit A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 20, 2018 AT 2:00 P.M. (ET)**

*AT THE COURT'S DIRECTION, THIS HEARING HAS BEEN CANCELLED.*

**RESOLVED MATTERS**

1. Final Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider for the Debtors and Debtors-in-Possession for the Period September 20, 2017 through September 30, 2018 [D.I. 896; 10/11/18]

   Related Documents:

   A. Certificate of No Objection [D.I. 912; 10/29/18]

   B. Order Granting Final Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Advisory Services Provider for the Debtors and Debtors-in-Possession for the Period September 20, 2017 through September 30, 2018 [D.I. 916; 11/14/18]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

    Response Deadline:    October 26, 2018 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court. No hearing is required.

2. Debtors' Seventh Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 903; 10/19/18]

   Related Documents:

   A. Certificate of No Objection [D.I. 914; 11/5/18]

   B. Seventh Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 917; 11/14/18]

   Response Deadline:    November 2, 2018 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    An order has been entered by the Court. No hearing is required.

**UNCONTESTED MATTER WITH CERTIFICATION**

3. Plaintiff's Eighth Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [D.I. 900[2]; 10/16/18]

   Related Documents:

   A. Certificate of No Objection [D.I. 918[2]; 11/14/18]

   B. Proposed Order

   Response Deadline:    November 13, 2018 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    The Court has indicated to Debtors' counsel that an order will be entered. No hearing is necessary.

---

[2] This pleading was also filed in each of the adversary cases listed on Exhibit A.

01:23858095.1

Dated:   November 15, 2018
           Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

| **Defendant** | **Adversary Case No.** |
|---|---|
| Office Depot, Inc. | 17-51014 |
| Orly Shoe Corp. | 17-51017 |
| SM Clothing, Inc. | 17-51029 |