IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
THE WET SEAL, LLC, *et al.*, : Case No. 17-10229 (CSS)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 27, 2019 AT 10:00 A.M. (ET)

**MATTER WITH CERTIFICATION**

1. Interim Fee Applications (See attached Exhibit A)

   Related Documents:

   A. Certificate of No Objection Regarding Third Interim Fee Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Debtors for the Period August 1, 2018 through October 31, 2018 [D.I. 944; 1/2/19]

   B. Proposed Order

   C. Certification of Counsel Regarding Proposed Order Approving Interim Fee Applications of Certain of the Debtors' Professionals for the Period from August 1, 2018 through October 31, 2018 [D.I. 945; 1/2/19]

   Response Deadline:    See attached Exhibit A

   Responses Received:    None

   Status:    Proposed forms of order have been submitted under certification of counsel regarding the Debtors' professionals and ASK LLP's respective interim fee applications. No hearing is required unless the Court has questions or concerns.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

01:24198161.1

|  |  |
|---|---|
| Dated: | February 25, 2019 |
|  | Wilmington, Delaware |

/s/ Andrew L. Magaziner
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and
Debtors in Possession*

2