# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WET SEAL, LLC, *et al.*,[1] | Case No. 17-10229 (CSS) |
| Debtors. | (Jointly Administered) |
| THE WET SEAL, LLC, Plaintiff, v. NATIONAL DISTRIBUTION CENTERS, LLC, Defendant. | Adv. Proc. No. 17-51227 |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 21, 2019 AT 3:00 P.M. (ET)

**RESOLVED MATTERS**

1. Debtors' Eighth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 969; 2/22/19]

    Related Documents:

    A.    Certificate of No Objection [D.I. 992; 3/12/19]

    B.    Eighth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 993; 3/12/19]

    Response Deadline:    March 8, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

01:24276587.1

>    Status:    An order has been entered by the Court.  No hearing is required.

2. Plaintiff's Ninth Motion for an Order Approving Settlement of Avoidance Action Pursuant to Fed. R. Bankr. P. 9019  [D.I. 973[2]; 2/25/19]

    Related Documents:

    A. Order Approving Settlement of Avoidance Action Pursuant to Fed. R. Bankr. P. 9019  [D.I. 975[2]; 2/25/19]

    Response Deadline:    March 14, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court.  No hearing is required.

**MATTERS WITH CERTIFICATION**

3. Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain Assets to Oak Point Partners, LLC; and (II) Granting Related Relief [D.I. 977; 2/27/19]

    Related Documents:

    A. Notice Regarding Additional Buyer for Certain Assets Subject to Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain Assets to Oak Point Partners, LLC; and (II) Granting Related Relief [D.I. 987; 3/8/19]

    B. Certification of Counsel Regarding Order Authorizing Debtors to Sell Certain Remnant Assets to Oak Point Partners, LLC and Certain Tax Assets to Investment Recovery Group, LLC, Respectively, and Granting Related Relief [D.I. 1004; 3/18/19]

    Response Deadline:    March 15, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    As set forth in the Notice, the Debtors filed a revised form of order on March 8, 2019, upon securing an additional buyer for a subset of the assets Oak Point Partners, LLC proposed to purchase.  No objections or responses to the Motion or the Notice were received and, accordingly, the revised form of order filed with the Notice (Item A, above) has been submitted under Certification of Counsel.  No hearing is required unless the Court has questions or concerns.

---

[2]    This pleading was also filed in Adversary Case No. 17-51227.

01:24276587.1

4.  Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Procedures With Respect to Final Fee Applications; and (III) Granting Related Relief [D.I. 981; 2/27/19]

    Related Documents:

    A.  Certification of Counsel Regarding Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Procedures With Respect to Final Fee Applications; and (III) Granting Related Relief [D.I. 996; 3/14/19]

    Response Deadline:    March 13, 2019 at 4:00 p.m. (ET); Extended to March 14, 2019 for U.S. Trustee

    Responses Received:

    Status:    No objections or responses to this Motion were received, and the Office of United States Trustee for the District of Delaware has advised the Debtors' undersigned counsel that it does not object to the Motion or entry of the proposed form of order.  Accordingly, and upon obtaining a hearing date for final fee applications and incorporating such date into the revised form of order, the Debtors submitted such revised order under Certification of Counsel.  No hearing is required unless the Court has questions or concerns.

**MATTER GOING FORWARD**

5.  Lux Accessories LTD's Motion for Requesting Allowance of Proof of Claim No. 7, Filed by Lux Accessories LTD Pursuant to U.S.C. § 502, Fed. R. Bankr. P. 3001, 3002 and 3003 [D.I. 988; 3/11/19]

    Related Documents:

    A.  Lux Accessories LTD's Motion for an Order Shortening Time Period of Hearing on Lux Accessories LTD's Motion for Requesting Allowance of Proof of Claim No. 7, Filed by Lux Accessories LTD Pursuant to U.S.C. § 502, Fed. R. Bankr. P. 3001, 3002 and 3003 [D.I. 995; 3/13/19]

    B.  Order Scheduling Expedited Hearing and Shortening Time Period of Hearing on Lux Accessories LTD's Motion for Requesting Allowance of Proof of Claim No. 7, Filed by Lux Accessories LTD Pursuant to U.S.C. § 502, Fed. R. Bankr. P. 3001, 3002 and 3003 [D.I. 998; 3/15/19]

    C.  Amended Notice of Lux Accessories LTD's Motion for Requesting Allowance of Proof of Claim No. 7, Filed by Lux Accessories LTD Pursuant to U.S.C. § 502, Fed. R. Bankr. P. 3001, 3002 and 3003 [D.I. 999; 3/15/19]

| | | |
|---|---|---|
| Response Deadline: | | March 18, 2019 at 4:00 p.m. (ET) |
| Responses Received: | | None |
| Status: | | The Debtors do not object to the relief requested in the Motion.  The Debtors anticipate that the movant will submit an order under certification of counsel at the appropriate time.  This matter is going forward. |

Dated: March 18, 2019
       Wilmington, Delaware

/s/ Andrew L. Magaziner
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and
Debtors in Possession*