**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                             :

In re:                                 :    Chapter 11

THE WET SEAL, LLC, *et al.*,          :    Case No. 17-10229 (CSS)

       Debtors.[1]                     :    (Jointly Administered)

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 25, 2019 AT 3:00 P.M. (ET)**

**MATTER WITH CERTIFICATION**

1.    Final Fee Applications (See attached Exhibit A)

    Related Documents:

    A.    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Certain of the Debtors' Professionals [D.I. 1035; 4/18/19]

    B.    Certification of Counsel Regarding Proposed Order Granting Payment of Fees and Expenses Requested in Final Fee Applications of Professionals of the Official Committee of Unsecured Creditors [D.I. 1037; 4/18/19]

    Response Deadline:    See attached Exhibit A

    Responses Received:    None

    Status:    Respective proposed forms of order have been submitted under certification of counsel for the Debtors' and Committee's professionals, respectively. No hearing is required unless the Court has questions or concerns.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

01:24406417.1

Dated: April 22, 2019
Wilmington, Delaware

/s/ Andrew L. Magaziner
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:24406417.1