**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: The Wet Seal, LLC
Debtor

Case No. 17-10229
Reporting Period: 3/1/19 to 3/31/19

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
|    Schedule of Professional Fees Paid | MOR-1b | x | | |
|     Copies of bank statements | | | | |
|     Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
|    Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor          Date

*/s/ Caleb S. Patterson*            <u>7-May-19</u>
Signature of Authorized Individual*  Date

<u>Caleb S. Patterson</u>              <u>Authorized Person</u>
Printed Name of Authorized Individual  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD MARCH 1 TO MARCH 31, 2019**
**In re: The Wet Seal, LLC**

**MOR -1**

|  | The Wet Seal, LLC | The Wet Seal Gift Card, LLC | Mador Financing, LLC | Total Company |
|---|---|---|---|---|
| **Cash Receipts** | | | | |
| Cash and checks | - | - | - | - |
| Credit card | - | - | - | - |
| Other (1) | 46 | - | - | 46 |
| Total receipts | 46 | - | - | 46 |
| **Cash Disbursements** | | | | |
| Payroll & 401k | 1 | - | - | 1 |
| Rent | - | - | - | - |
| Sales Tax Remittance | - | - | - | - |
| Freight & Distribution | - | - | - | - |
| Admin | 4 | - | - | 4 |
| Insurance | - | - | - | - |
| Utilities | - | - | - | - |
| Other Operating Disbursements (1) | 1 | - | - | 1 |
| Total disbursements | 5 | - | - | 5 |
| Net Operating Cash Flow | 41 | - | - | 41 |
| Non-operating Professional Fees | - | - | - | - |
| Total Non-operating disbursements | - | - | - | - |
| **Net Cash Flow** | 41 | - | - | 41 |
| **Disbursements for calculating US Trustee Quarterly Fees:** | | | | |
| Total disbursements | 5 | - | - | 5 |

(1) Includes $0.00 in March Preference receipts and disbursements.

**Schedule of Bank Accounts with Book Balances**
**In re The Wet Seal, LLC**

| Bank Account | CONSOLIDATED | THE WET SEAL, LLC | THE WET SEAL GIFT CARD, LLC | MADOR FINANCING, LLC |
|---|---|---|---|---|
| 11151 Cash - A/P Expense Check (3184) | 60,413 | 60,413 | - | - |
| 11253 Sponsor Reserve Cash | 26,892 | 26,892 | | |
| | 87,304 | 87,304 | - | - |

The above accounts have been reconciled in accordance with the Debtors' ordinary course accounting practices during the reported period.

**In re: The Wet Seal, LLC**

Case No. 17-10229
Reporting Period: 3/1/19 to 3/31/19

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| DONLIN, RECANO & COMPANY, INC | 2/2/17 - 2/28/17 | 101,069.68 | THE WET SEAL, LLC | 20979 | 3/24/2017 | 67,966.06 | 33,103.62 |
| HILCO STREAMBANK | 2/2/17 - 3/8/17 | 5,726.67 | THE WET SEAL, LLC | 1505 | 4/7/2017 | 0.00 | 5,726.67 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 2/2/17 - 2/28/17 | 214,086.53 | THE WET SEAL, LLC | 1531 | 4/27/2017 | 210,457.60 | 3,628.93 |
| FREJKA, PLLC | 2/17/17 - 4/15/17 | 15,008.12 | THE WET SEAL, LLC | 1565 | 5/18/2017 | 14,726.25 | 281.87 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 3/1/17 - 3/31/17 | 160,308.52 | THE WET SEAL, LLC | 12730 | 5/18/2017 | 145,690.00 | 14,618.52 |
| COOLEY LLP | 2/13/17 - 3/31/17 | 172,372.80 | THE WET SEAL, LLC | 56729 | 6/16/2017 | 168,872.00 | 3,500.80 |
| PROVINCE, INC | 2/13/17 - 3/31/17 | 49,934.15 | THE WET SEAL, LLC | 56731 | 6/16/2017 | 49,464.40 | 469.75 |
| SAUL EWING, LLP | 2/14/17 - 3/31/17 | 18,918.62 | THE WET SEAL, LLC | 56730 | 6/16/2017 | 18,364.80 | 553.82 |
| DONLIN, RECANO & COMPANY, INC | 3/1/17 - 3/31/17 | 5,135.84 | THE WET SEAL, LLC | 03947 | 7/10/2017 | 5,135.84 | 0.00 |
| DONLIN, RECANO & COMPANY, INC | 4/1/17 - 4/30/17 | 1,160.48 | THE WET SEAL, LLC | 03948 | 7/10/2017 | 1,160.48 | 0.00 |
| DONLIN, RECANO & COMPANY, INC | 4/1/17 - 4/30/17 | 15,226.61 | THE WET SEAL, LLC | 03946 | 7/10/2017 | 0.00 | 15,226.61 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 5/1/17 - 6/30/17 | 38,071.05 | THE WET SEAL, LLC | 08251 | 8/8/2017 | 37,391.00 | 680.05 |
| DONLIN, RECANO & COMPANY, INC | 3/1/17 - 3/31/17 | 25,632.66 | THE WET SEAL, LLC | 010603 | 8/23/2017 | 20,689.84 | 4,942.82 |
| DONLIN, RECANO & COMPANY, INC | 5/1/17 - 5/31/17 | 8,097.93 | THE WET SEAL, LLC | 010611 | 8/23/2017 | 6,855.61 | 1,242.32 |
| DONLIN, RECANO & COMPANY, INC | 7/1/17 - 7/31/17 | 7,642.69 | THE WET SEAL, LLC | 010691 | 8/23/2017 | 6,614.80 | 1,027.89 |
| DONLIN, RECANO & COMPANY, INC | 6/1/17 - 6/30/17 | 7,502.15 | THE WET SEAL, LLC | 010689 | 8/23/2017 | 6,601.25 | 900.90 |
| DONLIN, RECANO & COMPANY, INC | 5/1/17 - 5/31/17 | 169.12 | THE WET SEAL, LLC | 010604 | 8/23/2017 | 169.12 | 0.00 |
| DONLIN, RECANO & COMPANY, INC | 6/1/17 - 6/30/17 | 95.36 | THE WET SEAL, LLC | 010690 | 8/23/2017 | 95.36 | 0.00 |
| BERKELEY RESEARCH GROUP | 2/2/17 - 6/30/17 | 76,280.47 | THE WET SEAL, LLC | 010081 | 8/25/2017 | 76,280.47 | 0.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 7/1/17 - 7/31/17 | 19,099.19 | THE WET SEAL, LLC | 08896 | 9/22/2017 | 18,545.60 | 553.59 |
| DONLIN, RECANO & COMPANY, INC | 8/1/17 - 8/31/17 | 6,915.81 | THE WET SEAL, LLC | 013296 | 10/11/2017 | 6,082.67 | 833.14 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 5/1/17 - 7/31/17 | 13,550.00 | THE WET SEAL, LLC | 015385 | 10/20/2017 | 13,550.00 | 0.00 |
| DONLIN, RECANO & COMPANY, INC | 5/1/17 - 6/30/17 | 459.24 | THE WET SEAL, LLC | 014957 | 10/20/2017 | 459.24 | 0.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 8/1/17 - 8/31/17 | 18,586.10 | THE WET SEAL, LLC | 007453 | 10/26/2017 | 18,549.20 | 36.90 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 9/1/17 - 9/30/17 | 9,160.11 | THE WET SEAL, LLC | 013088 | 11/15/2017 | 8,999.01 | 161.10 |
| DONLIN, RECANO & COMPANY, INC | 9/1/17 - 9/30/17 | 4,862.34 | THE WET SEAL, LLC | 01088 | 12/7/2017 | 4,363.68 | 498.66 |
| DONLIN, RECANO & COMPANY, INC | 10/1/17 - 10/31/17 | 9,738.50 | THE WET SEAL, LLC | 01088 | 12/7/2017 | 8,567.85 | 1,170.65 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 10/1/17 - 10/31/17 | 9,521.19 | THE WET SEAL, LLC | 58415 | 12/14/2017 | 9,458.80 | 62.39 |
| CHOATE HALL & STEWART LLP | 2/1/17 - 3/31/17 | 12,000.00 | THE WET SEAL, LLC | 01620 | 12/27/2017 | 12,000.00 | 0.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 8/1/17 - 11/30/17 | 20,396.60 | THE WET SEAL, LLC | 012541 | 1/22/2018 | 20,329.50 | 67.10 |
| DONLIN, RECANO & COMPANY, INC | 7/1/17 - 11/30/17 | 6,914.57 | THE WET SEAL, LLC | 012504 | 1/22/2018 | 5,687.55 | 1,227.02 |
| DONLIN, RECANO & COMPANY, INC | 12/1/17 - 12/31/17 | 6,252.51 | THE WET SEAL, LLC | 006690 | 2/8/2018 | 5,184.96 | 1,067.55 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 12/1/17 - 12/31/17 | 6,422.00 | THE WET SEAL, LLC | 010891 | 2/26/2018 | 6,320.00 | 102.00 |
| DONLIN, RECANO & COMPANY, INC | 1/1/18 - 1/31/18 | 6,843.23 | THE WET SEAL, LLC | 006866 | 3/8/2018 | 5,239.65 | 1,603.58 |
| DONLIN, RECANO & COMPANY, INC | 2/1/18 - 2/28/18 | 6,339.09 | THE WET SEAL, LLC | 010987 | 3/28/2018 | 5,364.54 | 974.55 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 1/1/18 - 1/31/18 | 6,270.65 | THE WET SEAL, LLC | 010770 | 3/28/2018 | 6,218.40 | 52.25 |
| DONLIN, RECANO & COMPANY, INC | 3/1/18 - 3/31/18 | 7,061.08 | THE WET SEAL, LLC | 006097 | 4/23/2018 | 6,332.28 | 728.80 |
| DONLIN, RECANO & COMPANY, INC | 4/1/18 - 4/30/18 | 6,330.31 | THE WET SEAL, LLC | 013294 | 5/31/2018 | 5,529.97 | 800.34 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 2/1/18 - 3/31/18 | 8,703.29 | THE WET SEAL, LLC | 007726 | 6/6/2018 | 8,644.00 | 59.29 |
| DONLIN, RECANO & COMPANY, INC | 5/1/18 - 5/31/18 | 8,989.94 | THE WET SEAL, LLC | 008414 | 6/28/2018 | 7,538.86 | 1,451.08 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 4/1/18 - 4/30/18 | 4,978.20 | THE WET SEAL, LLC | 008523 | 6/28/2018 | 4,942.40 | 35.80 |
| DONLIN, RECANO & COMPANY, INC | 6/1/18 - 6/30/18 | 7,039.00 | THE WET SEAL, LLC | 009814 | 8/2/2018 | 6,233.36 | 805.64 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 11/1/17 - 1/31/18 | 5,761.20 | THE WET SEAL, LLC | 010555 | 8/20/2018 | 5,761.20 | 0.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 2/1/18 - 4/30/18 | 3,396.60 | THE WET SEAL, LLC | 010555 | 8/20/2018 | 3,396.60 | 0.00 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 5/1/18 - 5/31/18 | 8,616.20 | THE WET SEAL, LLC | 010555 | 8/20/2018 | 8,586.80 | 29.40 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 6/1/18 - 6/30/18 | 4,308.97 | THE WET SEAL, LLC | 010555 | 8/20/2018 | 4,147.60 | 161.37 |
| DONLIN, RECANO & COMPANY, INC | 7/1/18 - 7/31/18 | 7,260.80 | THE WET SEAL, LLC | 008986 | 8/28/2018 | 6,295.89 | 964.91 |
| DONLIN, RECANO & COMPANY, INC | 8/1/18 - 8/31/18 | 6,264.20 | THE WET SEAL, LLC | 008247 | 10/3/2018 | 5,310.10 | 954.10 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 7/1/18 - 8/31/18 | 10,068.21 | THE WET SEAL, LLC | 013258 | 11/5/2018 | 9,885.60 | 182.61 |
| DONLIN, RECANO & COMPANY, INC | 9/1/18 - 9/30/18 | 4,098.32 | THE WET SEAL, LLC | 013146 | 11/5/2018 | 3,878.55 | 219.77 |
| DONLIN, RECANO & COMPANY, INC | 9/1/18 - 9/30/18 | 9,033.23 | THE WET SEAL, LLC | 007333 | 12/13/2018 | 9,009.63 | 23.60 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 10/1/18 - 10/31/18 | 3,386.80 | THE WET SEAL, LLC | 007266 | 12/13/2018 | 2,148.12 | 1,238.68 |
| DONLIN, RECANO & COMPANY, INC | 11/1/18 - 11/30/18 | 4,721.61 | THE WET SEAL, LLC | 004643 | 1/22/2019 | 3,924.98 | 796.63 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 11/1/18 - 11/30/18 | 10,575.50 | THE WET SEAL, LLC | 014275 | 2/20/2019 | 10,459.60 | 115.90 |
| DONLIN, RECANO & COMPANY, INC | 12/1/18 - 12/31/18 | 4,413.37 | THE WET SEAL, LLC | 014398 | 2/20/2019 | 3,539.62 | 873.75 |
| DONLIN, RECANO & COMPANY, INC | 1/1/19 - 1/31/19 | 6,624.81 | THE WET SEAL, LLC | 002614 | 2/27/2019 | 6,289.36 | 335.45 |

FORM MOR-1b
(04/07)

MOR 2

In re: The Wet Seal, LLC          Case No. 17-10229
      Debtor                      **Reporting Period: 3/1/19 to 3/31/19**

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| (In thousands) | *Consolidated Actual* | *The Wet Seal, LLC Actual* | *The Wet Seal Gift Card, LLC Actual* | *Mador Financing, LLC Actual* |
|---|---|---|---|---|
| **Sales** | - | - | - | - |
| **Cost of Sales** | - | - | - | - |
|   Buying | - | - | - | - |
|   Planning/Allocation | - | - | - | - |
|   Warehouse | - | - | - | - |
|   Occupancy | - | - | - | - |
|     Total Cost of Sales | - | - | - | - |
| **Gross Profit** | - | - | - | - |
| **Gross Profit (Retail)** | - | - | - | - |
| **S,G & A** | | | | |
|   Selling-Store Expense | - | - | - | - |
|   Selling-Field Support | - | - | - | - |
|   Gen & Admin Expense | 5 | 5 | - | - |
| **Total S,G&A Expenses** | 5 | 5 | - | - |
| **Operating Income** | (5) | (5) | - | - |
| **Other Income** | - | - | - | - |
| **Inc(Loss) B4 Tax** | (5) | (5) | - | - |
| **Inc Tax Provision (Benefit)** | - | - | - | - |
| **Net Loss** | (5) | (5) | - | - |

In re:  The Wet Seal, LLC  
　　　　Debtor

Case No.  17-10229  
**Reporting Period: 3/1/19 to 3/31/19**

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| (In thousands) | Consolidated Actual | The Wet Seal, LLC Actual | The Wet Seal Gift Card, LLC Actual | Mador Financing, LLC Actual |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets:** | | | | |
| 　Cash And Cash Equivalents | 87 | 87 | - | - |
| 　Other Receivables | - | - | - | - |
| 　Prepaid Expenses | - | - | - | - |
| 　　Total Current Assets | 87 | 87 | - | - |
| **Equipment And Leasehold Improvements:** | | | | |
| 　Leasehold Improvements | - | - | - | - |
| 　Furniture, Fixtures And Equipment | - | - | - | - |
| 　Less Accumulated Depreciation | - | - | - | - |
| 　　Net Equipment And Leasehold Improvements | - | - | - | - |
| **Other Assets:** | | | | |
| 　Other Assets and CEO Retirement Plan | 438 | 438 | - | - |
| 　Goodwill, Net of Accumulated Amortization | 4,000 | 4,000 | - | - |
| 　　Total Other Assets | 4,438 | 4,438 | - | - |
| **Total Assets** | 4,525 | 4,525 | - | - |
| **Liabilities And Stockholders' Equity** | | | | |
| **Current Liabilities:** | | | | |
| 　Accounts Payable-Merchandise | | | | |
| 　　Subject to compromise (Pre-petition) | 3,695 | 3,695 | - | - |
| 　　Not subject to compromise (Post-petition) | - | - | - | - |
| 　Accounts Payable | | | | |
| 　　Subject to compromise (Pre-petition) | 6,272 | 6,272 | - | - |
| 　　Not subject to compromise (Post-petition) | 160 | 160 | - | - |
| 　Accrued Liabilities | | | | |
| 　　Subject to compromise (Pre-petition) | 651 | 651 | - | - |
| 　　Not subject to compromise (Post-petition) | - | - | - | - |
| 　　Total Current Liabilities | 10,778 | 10,778 | - | - |
| **Long Term Liabilities:** | | | | |
| 　Term Loan | 419 | 419 | - | - |
| 　Members' Debt | 15,600 | 15,600 | - | - |
| 　　Total Long Term Liabilities | 16,019 | 16,019 | - | - |
| **Total Liabilities** | 26,797 | 26,797 | - | - |
| **Stockholders' Equity:** | | | | |
| 　Paid-In Capital | 41,750 | 41,750 | - | - |
| 　Retained Earnings | (64,017) | (64,017) | - | - |
| 　Current Period Earnings | (5) | (5) | - | - |
| 　　Total Stockholders' Equity | (22,271) | (22,271) | - | - |
| **Total Liabilities And Stockholders' Equity** | 4,525 | 4,525 | - | - |

In re: The Wet Seal, LLC  
       Debtor

Case No. 17-10229  
**Reporting Period: 3/1/19 to 3/31/19**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | - | - | - | - | - | - |

The Debtors continue to pay postpetition taxes as they become due and to the best of my knowledge, no postpetition tax amounts are past due.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | 0 | 0 | 0 | 159,983 | 159,983 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | 0 | 0 | 0 | 159,983 | 159,983 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re: The Wet Seal, LLC  
Debtor

Case No. 17-10229  
**Reporting Period: 3/1/19 to 3/31/19**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| **Accounts Receivable Reconciliation** | **Amount** | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging (Excluding credit card receivables)** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

### DEBTOR QUESTIONNAIRE

| **Must be completed each month** | **Yes** | **No** |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | x |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

FORM MOR-5  
(04/07)