**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x

In re:

THE WET SEAL, LLC, *et al.*,

    Debtors.[1]

-----------------------------------------------------------x

:   Chapter 11
:
:   Case No. 17-10229 (CSS)
:
:   (Jointly Administered)
:
:   **Ref. Docket Nos. 981, 1006 & ____**

## ORDER DISMISSING CHAPTER 11 CASES

Pursuant to that (i) the *Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases, (II) Establishing Procedures With Respect to Final Fee Applications, and (III) Granting Related Relief* [Docket No. 981] (the "Motion"),[2] filed on February 27, 2019, (ii) that certain *Initial Order (I) Approving the Dismissal of the Debtors' Chapter 11 Cases; (II) Establishing Procedures for the Allowance and Payment of Professional Fees; and (III) Granting Related Relief*, entered on March 19, 2019 [Docket No. 1006], and (iii) the *Certification of Counsel and Request for Entry of an Order Dismissing Chapter 11 Cases*, filed on June 25, 2019, it is

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, each of the Chapter 11 Cases are dismissed effective as of the entry of this Order.

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377).  The Debtors' mailing address is 6789 Quail Hill Parkway, PMB 733, Irvine, California 92603.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits and denied with prejudice.

4.      Notwithstanding section 349 of the Bankruptcy Code, all prior orders, releases, stipulations, settlements, rulings, orders and judgments of this Court made during the course of the Chapter 11 Cases including any adversary proceeding, shall remain in full force and effect, shall be unaffected by the dismissal of the Chapter 11 Cases, and are specifically preserved for purposes of finality of judgment and *res judicata*.

5.      Effective immediately, the Debtors' retention of Young Conaway Stargatt & Taylor, LLP ("YCST") as bankruptcy counsel shall be terminated without the need for further action on the part of this Court, the Debtors, or such firm; provided, however, that YCST is authorized to effectuate the dissolution of each Debtor entity as contemplated herein.

6.      Effective immediately, the Committee shall dissolve without need for further action on the part of this Court; provided, however, that obligations arising under confidentiality agreements, joint-interest agreements, and protective orders, if any, entered during the Chapter 11 Cases shall remain in full force and effect according to their terms.

7.      Pursuant to sections 105(a) and 554 of the Bankruptcy Code and Bankruptcy Rule 6007, to the extent not previously consummated, the Debtors are authorized, but not directed, to abandon or destroy, or cause to be abandoned and destroyed, any and all of the Books and Records; provided that any documents containing personally identifiable information must be shredded.

8.      Upon dismissal of the Chapter 11 Cases, the Debtors' remaining officers, directors and authorized representatives are dismissed from their positions.

01:24640906.1

9.      Upon the dismissal of the Chapter 11 Cases, Donlin Recano & Company, Inc.

("DRC"), as the Debtors' claims and noticing agent, shall be relieved of its responsibilities as the

Debtors' claims and noticing agent in these cases; provided that DRC shall provide the services

described in this paragraph and shall be entitled to charge the fees and costs it incurs in providing

such services against any prepetition retainer provided to DRC in connection with these cases.

In accordance with Local Rule 2002-1(f)(ix), within fourteen (14) days of the dismissal of the

Chapter 11 Cases, DRC shall (a) forward to the Clerk of the Court an electronic version of all

imaged claims, (b) upload the creditor mailing list into CM/ECF, (c) docket a combined final

claims register containing claims against each Debtor, and (d) box and transport all original

claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia,

Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location

numbers of the archived claims.

10.      As soon as reasonably practicable after the entry of this Order, without the need

for further action on the part of this Court and without the need for further corporate action or

action of the boards of directors or stockholders of the Debtors, to the extent not previously

dissolved, the Debtors are authorized to dissolve their corporate entities in accordance with

applicable state law, and the Debtors shall not be required to pay any taxes or fees to cause such

dissolution.  Any authorized representative of the Debtors is authorized to execute and file on

behalf of the Debtors all documents necessary and proper to effectuate and consummate the

dissolution of the Debtors in accordance with the laws of the states in which they are formed.

11.      The Debtors are hereby authorized and empowered to take any and all steps

necessary and appropriate to effectuate the terms of this Order.

01:24640906.1

12.     To the extent applicable, Bankruptcy Rules 6004(h) and 6006(d) are waived and this Order shall be effective and enforceable immediately upon entry.

13.     Notwithstanding the dismissal of the Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation, or enforcement of this or any other Order of this Court entered in the Chapter 11 Cases.

01:24640906.1     **Dated: June 25th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

4